IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ALEK KAVCIC and THE ALEK KAVCIC FOUNDATION,** *Plaintiffs,* v. **INFORMER, et al.,** *Defendants,* | § § § § § § § § § § § § § CASE NO. 6:22-CV-00190-ADA-DTG |

# ORDER

Today, the Court considered this case. The plaintiffs, Alek Kavcic and the Alek Kavcic Foundation, filed this suit against multiple Serbian newspaper publishers, including the defendant, Srprski Telegraf Republika. The plaintiffs served the defendant through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, and on July 17, 2023, the defendant filed an answer drafted by its director, Sanja Stojanovic. *See* Dkt. No. 14.

In federal court, a business entity must be represented by licensed counsel and cannot appear pro se. *Southwest Exp. Co., Inc. v. I.C.C*, 670 F.2d 53, 55 (5th Cir. 1982). A court may strike filings made by an unlicensed individual on a business's behalf. *See Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984) (stating that the district court properly struck the defenses of a corporation that declined to hire counsel).

Accordingly, the Court **STRIKES** Ms. Stojanovic's filings (Dkt. Nos. 14, 15, and 16) and **ORDERS** the defendant to retain counsel licensed to or eligible for admission to practice before the United States Court for the Western District of Texas. If the defendant seeks to raise a defense in this case, its counsel must enter an appearance on or before **January 30, 2026**. The

Court **WARNS** the defendant that failure to do so might result in final judgment being entered against it pursuant to Federal Rule of Civil Procedure 55.

The clerk of the Court is **DIRECTED** to serve this Order on the defendant via international mailing to its address of record, Medijska Mreza d.o.o., Beograd-Stari Grad, Trg Nikole Pasica 7/II, 11000 Belgrade, Serbia.

**SIGNED** this 3rd day of November, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE