UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALEK KAVCIC, THE ALEK KAVCIC FOUNDATION | § | |
| | § | |
| | § | NO: WA:22-CV-00190-ADA-DTG |
| vs. | § | |
| | § | |
| INFORMER, SRPSKI TELEGRAF REPUBLIKA, BLIC, NEDELJNIK | | |

**ORDER SETTING EVIDENTIARY HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for EVIDENTIARY HEARING VIA ZOOM (re ECF 25 - Defendant's Motion to Dismiss) on Monday, August 31, 2026 at 09:00 AM (1 hour time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 20th day of August, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE