UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ALEK KAVCIC and THE ALEK KAVCIC FOUNDATION,

*Plaintiffs*,

v.

INFORMER, SRPSKI TELEGRAF REPUBILKA, BLIC, and NEDELJNIK,

*Defendants*.

No. 6:22-cv-00190-CRW-DTG

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Derek T. Gilliland. Dkt. No. 37. The report and recommendation was issued on October 2, 2026. *Id.* The report and recommendation explains plaintiffs' failure to show specific jurisdiction over the defendants and recommends dismissing this case with prejudice under Federal Rule of Civil Procedure 41(b). *Id.* As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed the magistrate's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 37) is **ADOPTED** and the Defendant's Motion to Dismiss for Lack of Jurisdiction is GRANTED (Dkt. No. 25).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE**. Final judgement will issue separately.

So ordered on October 21, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE